**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**GREG S. BULMAN, as Personal**
**Representative of the Estate of**
**MASTER SERGEANT ERIC**
**G. BULMAN, Deceased,**

      **Plaintiff(s),**

**v.**                                                    **CASE NO:  8:03-cv-1397-T-30EAJ**

**BOMBARDIER, INC., et al.,**

      **Defendants.**
_____/

## ORDER OF DISMISSAL

A Notice of Settlement (Dkt. #150) was filed in consolidated case number 8:03-cv-539-T-30MSS on  January 19, 2005, regarding the above-styled case.  In accordance with same, it is

      **ORDERED AND ADJUDGED** as follows:

1)      This case is dismissed.

2)      All pending motions are denied as moot.

3)      The Clerk is directed to close this case.

      **DONE** and **ORDERED** in Tampa, Florida on June 3, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*S:\Odd\2003\BOMBARDIER\03-cv-1397.dismissal*